**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

INDRANAUTH RAMADHAR,

                              Plaintiff,
*on behalf of himself and all others similarly situated*,

      -against-

ZARA REALTY HOLDING CORP.,

                              Defendant.

--------------------------------------------------X

CIVIL ACTION NO.  24CV4589
(NCM) (CLP)

**PLAINTIFF'S COUNSEL'S**
**DECLARATION IN SUPPORT**

**DAVID C. WIMS**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am admitted to practice before this Court and I am the attorney for Plaintiff in the instant proceeding.

2. I submit this *Declaration in Support* of the parties' joint motion for Court approval of the settlement of the instant action pursuant to *Cheeks v. Freeport Pancake House Inc. et al,* 796 F.3d 199 (2d Cir. 2015).

3. The basis for my submission of the attached documents is my review of the case file, the parties' documents and records, and first-hand knowledge.

4. Plaintiff and its counsel entered into a representation agreement which provided that Plaintiff's counsel would be entitled to 1/3 of any and all recovery, plus the costs of the action.

5. Plaintiff filed this action on June 28, 2024, seeking damages for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq* and the New York Labor Law ("NYLL") § 652, including but not limited to late and non-payment of minimum wage and overtime.

6. Based on review and discussion of the parties' payroll records and recollections, counsel engaged in arms' length settlement discussions, and then participated in a settlement conference with the Court, which were ultimately successful. As a result, the parties now seek approval of the FLSA portion of the parties' settlement agreement.

7. The parties also ask the Court to approve Plaintiff's counsel's attorneys' fees in the amount of $17,000.00, inclusive of costs. Attached herewith as Exhibit 1 is Plaintiff's counsel's time records in this matter. The requested attorney's fee is less than the amount arrived at using a lodestar method, since I spent 56.5 hours on this matter and usually charge $450.00 per hour ($25,425.00). Attached herewith as Exhibit 2 are receipts of Plaintiff's counsel's costs in this matter.

8. I have twenty (20) years' experience practicing law in New York. I am a 2002 graduate of Cleveland State University – Cleveland Marshal College of Law. I also have a Master's Degree in Psychology with a concentration in statistics from Cleveland State University and a Bachelor's degree in Psychology from Ohio University.

9. Since I began practicing law in New York in 2004, I have concentrated my work in the area of employment law, including but not limited to wage and hour litigation and discrimination. I have litigated FLSA claims extensively in state and federal courts, on behalf of both employees and employers, with substantial success.

10. Counsel for the instant parties asks the Court to approve the proposed FLSA settlement in this matter, including attorney's fees, as it is fair and reasonable under the circumstances, especially in light of the inherent risks of litigation. It also comports with existing case law.

Dated:  Brooklyn, New York

October 30, 2024

                                                                                 /s/_____
                                                LAW OFFICE OF DAVID WIMS
                                              BY: David C. Wims, Esq. (DW-6964)
                                                          *Attorneys for Plaintiff*
                                                     1430 Pitkin Ave., 2nd Fl.
                                                          Brooklyn, NY 11233
                                                            (646) 393-9550