**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
INDRANAUTH RAMADHAR,

                                        Plaintiff,
*on behalf of himself and all others similarly situated*,

            -against-

ZARA REALTY HOLDING CORP.,

                                        Defendant.
-------------------------------------------------X

CIVIL ACTION NO. 24CV4589
(NCM) (CLP)

**STIPULATION OF**
**DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, and ordered by the Court, that:

    (a) the Parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015); and

    (b) the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party, except as provided for in the parties' settlement agreement.

Dated: Brooklyn, New York

November 12, 2024

| | |
|---|---|
| _____/s/_____<br>LAW OFFICE OF DAVID WIMS<br>BY: David C. Wims, Esq.<br>*Attorneys for Plaintiff*<br>1430 Pitkin Ave., 2nd Floor<br>Brooklyn, NY 11233<br>(646) 393-9550 | _____/s/_____<br>COZEN O'CONNOR, LLP<br>BY: John Ho, Esq.<br>*Attorneys for Defendant*<br>3 WTC, 175 Greenwich Street, 55th Floor<br>New York, NY 10172<br>(212) 883-4927 |

**SO ORDERED**:

/s/ Cheryl L. Pollak
_____
Magistrate Judge Cheryl L. Pollak
Eastern District of New York

November 13, 2024
_____
Dated